IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SHIRLEY KLEIN § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 1:14-CV-00861 |
| AMERIPRO FUNDING, INC. d/b/a LAND § | |
| MORTGAGE, A TEXAS CORPORATION; § | |
| MORTGAGE ELECTRONIC REGISTRATION § | |
| SYSTEMS, INC.; WELLS FARGO BANK, NA; § | |
| and BUCKLEY MADOLE, PC § | |
| Defendants. § | |

### AMERIPRO FUNDING, INC. D/B/A LAND MORTGAGE'S
### CORPORATE DISCLOSURE STATEMENT

**TO THE HONORABLE DISTRICT COURT JUDGE:**

COMES NOW, Defendant AmeriPro Funding, Inc. d/b/a Land Mortgage ("AmeriPro") and files this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1. The following corporations directly or indirectly own 10% or more of any class of AmeriPro's equity interest:

1. Tenura Holdings, Inc.

The following entities and/or persons are financially interested in the outcome of this case:

1. Shirley Klein;

2. AmeriPro;

3. Wells Fargo, NA;

4. Mortgage Electronic Registrations Systems, Inc.; and

5. Buckley Madole, PC

These are the only parties know to AmeriPro at this time to be financially interested in the outcome of this litigation.

Respectfully submitted,

**KAPIOLTAS, FORNI & OLIVER, PLLC**

By:   */s/ Tom Kapioltas*
Thomas L. Kapioltas
Texas Bar No. 24032614
3838 Oak Lawn Avenue, L 100
Dallas, Texas 75219
T: (214) 764-9232
F: (888) 223-8151
Email: tom@kfolaw.com

**COUNSEL FOR AMERIPRO**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Corporate Disclosure Statement has been served on the below parties in accordance with the Texas Rules of Civil Procedure on September 17, 2014 as shown below.

                                                     By:     */s/ Tom Kapioltas*
                                                            Thomas L. Kapioltas

**LOCKE LORD LLP**

B. David L. Foster
John W. Ellis
600 Congress Avenue, Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 – facsimile
dfoster@lockelord.com
jellis@lockelord.com

Robert T. Mowrey
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000
(214) 740-8800 – facsimile
rmowrey@lockelord.com

Via Court ECF filing system

**COUNSEL FOR DEFENDANTS WELLS FARGO BANK, NA AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

Shirley Klein
1601 Eagle Wing Drive
Cedar Park, Texas 78613

Via Certified Mail, Return Receipt Requested

Shirley Klein
1918 Marisol Trail
Cedar Park, Texas 78613

Via Certified Mail, Return Receipt Requested

**PLAINTIFF, PRO SE**